240 So.2d 232

**J. Minos SIMON**

**v.**

**SWITZERLAND GENERAL INSURANCE COMPANY, Ltd.**

No. 50885.

Oct. 23, 1970.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

240 So.2d 233

**Terry FUSILIER**

**v.**

**DIXIE AUTOMOBILE INSURANCE COMPANY et al.**

No. 50886.

Oct. 23, 1970.

Writ refused: On the facts found by the Court of Appeal there appears no error of law in its judgment.